IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**JANIS SHUMWAY**, Individually,      Case No.: 1:21-cv-01049

    Plaintiff,

v.

**MAHAVIR MATTESON HOSPITALITY LLC**, a Domestic Limited Liability Corporation,

    Defendant.

_____

## NOTICE OF SETTLEMENT OF CLAIM

Plaintiff, Janis Shumway, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

2. The parties are have finalized a confidential settlement agreement and a Notice of Dismissal was filed.

FOR THE PLAINTIFF:
/s/ *Amale Knox*
Amale Knox, Of Counsel
Thomas B. Bacon, P.A.
330 Harrison St.
Pontiac, MI 48341
amale.knox.esq@gmail.com
Illinois Bar. Id. No. 6308622
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that July 12, 2021, I filed the foregoing using the Clerk of Court's CM/ECF

efiling system, which will serve all counsel of record electronically.

*/s/ Amale Knox*
Attorney
